# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. PAUL DAVID HOFF, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:19-mj-60-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold    Contract? --<br>Contact Information: -- |

| Date: | 2/19/2019 | Start: | 3:15 PM | Adjourn: | 3:20 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Ashley L. Corkery | | | | | | | |
| | Defendant(s): | AFPD Christopher J. Nathan – this hearing only (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Cody Jonker | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X  AND/OR  ARRAIGNMENT:

Contested? No   Continued from a previous date? No

| | |
|---|---|
| Date of complaint: | 2/14/2019 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | -- |
| Counsel: Retained: or Appointed: X FPD/Other: | CJA Panel to be appointed |
| Stipulation to discovery plan? -- Did defendant provide financial affidavit? | No |
| Did the government move for detention? Yes Was the defendant detained? | Yes |
| Was a detention hearing set? Yes Date: | 2/21/2019 **3:30 PM** |
| Was a trial date set? -- Date: | -- |
| **Witness/Exhibit List is** | N/A |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Financial affidavit due by 2/24/2019.

Court informs the defendant that he has the right to be charged by an indictment.

Defendant waives a preliminary hearing.

Mr. Nathan informs the court that his office is conflicted from representation of Mr. Hoff, and requests that a CJA Panel attorney be appointed.

Page **1** of **1**

Case 1:19-mj-00060-MAR   Document 8   Filed 02/19/19   Page 1 of 1